JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HARRISON LaVERGNE, JR., <br><br> Petitioner, <br><br> v. <br><br> O'BRIAN BAILEY, Acting Warden, <br><br> Respondent. | Case No. 5:24-cv-01323-DOC (DTB) <br><br> **J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: August 20, 2025

_____
DAVID O. CARTER
United States District Judge